UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LYNCH et al.,

    Plaintiffs,

-versus-

CITY OF NEW YORK et al.,

    Defendants.

---



16 Civ. 7355 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and report to the Court by letter no later than March 13, 2020 on how they propose to proceed.

**SO ORDERED.**

Dated:    March 6, 2020
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior U.S District Judge