```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LYNCH AND RYE,                      :
                                    :
                Plaintiffs,         :
                                    :   16-cv-7355 (LAP)
                                    :
       -against-                    :   ORDER
                                    :
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                Defendants.         :
-----------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court of appeals' opinion, counsel shall confer and inform the Court by letter no later than April 24 how they propose to proceed.

SO ORDERED.

Dated:   New York, New York
         April 17, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge