UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD LYNCH and VIENNA RYE,           )
                                        )
                        Plaintiffs,     )
                                        )
      -against-                         )
                                        )
THE CITY OF NEW YORK; POLICE OFFICER    )     16 Civ. 7355 (LAP)
JONMICHAEL DELAROSA, Shield No. 17441;  )
POLICE OFFICER MARIANN MANDY, Shield    )     **ORDER**
No. 00603; DEPUTY INSPECTOR ANDREW      )
LOMBARDO; NYPD LEGAL BUREAU             )
AGENCY ATTORNEY LESTER PAVERMAN;        )
JOHN DOES; and RICHARD ROES,            )
                                        )
                        Defendants.     )
------------------------------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

      As was discussed during a telephonic conference conducted on September 24, 2020, at 9 a.m., the following deadlines are set concerning the conduct of discovery in this case:

      (1)    Interrogatories and document requests shall be served by October 1, 2020 (and may be served solely by email);

      (2)    All fact discovery shall be completed by January 31, 2021 (with the parties to write the Court prior to that date with a proposal concerning the timing of expert discovery).

      (3)    A telephonic status conference in this case shall be held on December 7 at 10:30 a.m. using dial-in (888) 363-4374, access code: 4645450..

SO ORDERED.

Dated:  September 28, 2020
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior U.S. District Judge