UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LYNCH and VIENNA RYE,

               Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

               Defendants.

No. 16-CV-7355 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It having been reported to this Court that a settlement conference was held and agreement was reached on all issues, it is hereby ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    June 9, 2022
           New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge